E-Filed: 01.09.12
JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CURRENT SYSTEMS TECHNOLOGY, INC., <br><br> Defendant. | CASE NO. CV 09-6433 MMM (RZx) <br><br> JUDGMENT FOR PLAINTIFFS |

On January 9, 2012, the court entered an order granting plaintiffs' motion to confirm the arbitration award and enter judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs shall recover from defendant Current Systems Technology:

    (A) the principal sum of $443,688.41;

    (B) pre-judgment interest of $26,007.20; and

    (C) attorneys' fees of $4,196.00.

1 | The judgment will bear interest at an annual rate of 0.12%;
2 |     2.    That the action be, and it hereby is, dismissed.

DATED: January 9, 2012

_/s/ Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE